AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*May 21, 2021*
Nathan Ochsner, Clerk of Court

United States of America
v.
Damarquis McGee aka Blue aka Lilblue
Andres Serrano Portillo aka Andro
Javon Yaw Opoku aka Glizzy

*Defendant(s)*

Case No. **4:21mj1169**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2019__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Cts 1 & 2: 18 USC 1591(a)(1) (Defendant McGee) | Sex Trafficking of Minor Victims 1 & 3 |
| Ct 3: 18 USC 1591(a)(1) (Defendant Portillo) | Sex Trafficking of Minor Victim 2 |
| Ct. 4: 18 USC 1591(a)(1) (Defendant Opoku) | Sex Trafficking of Minor Victim 3 |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*
Juan Benavides, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 21, 2021

*Judge's signature*
The Honorable Dena Hanovice Palermo
*Printed name and title*

City and state: Houston, Texas

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Juan M. Benavides being duly sworn, depose and state:

### Introduction and Agent Background

1. This Affidavit is made in support of a criminal complaint charging Damarquis MCGEE, Andres PORTILLO, and Javon Yaw OPOKU each with violations of 18 U.S.C. §§ 1591(a)(1),(b)(2),(c) (Sex Trafficking of Children). MCGEE is a gang member in the Forum Park Crips and PORTILLO and OPOKU are younger gang members who ultimately pledge their loyalty to the Crips. In this case, there is probable cause to show that in or around October 2019, MCGEE, PORTILLO, and OPOKU trafficked minor victims and participated in one another's victimization of young girls.

2. PORTILLO, MCGEE, and OPOKU recruited and trafficked minor victims on the "Blade," or the "Bissonnet Track," an area in the vicinity of 59 Southwest Freeway and Bissonnet Street in Houston, Texas, and known for prostitution. Further, MCGEE, advised PORTILLO on pricing for sex dates for one of the minor victims, reassigned one of his minor victims to OPOKU, and informed OPOKU that the minor victim received attention from other pimps.

3. I have been a Special Agent with Homeland Security Investigations (HSI) since August of 2004. I investigate violations of federal law and have received training in various areas, including alien smuggling, narcotics, and human trafficking, and have assisted in numerous state and local law enforcement human trafficking operations. Since 2016, I have been assigned to HSI Houston's Human Trafficking Group and have attended numerous briefings and trainings regarding human trafficking.

4. This affidavit is based upon my own personal observations, my training and experience, review of records, and information obtained during this investigation from various sources, including: (a) other HSI agents and other local law enforcement personnel involved in this investigation; (b) statements made or reported by various witnesses with personal knowledge of the facts; and (c) other information obtained during the course of this investigation, as well as summaries and analyses of documents and records that may have been prepared by others. Because this affidavit is for the limited purpose of establishing probable cause for a complaint, I have not set forth every fact I have learned regarding this investigation. Conversations and events are related in substance and in part.

### Background on Sex Trafficking

5. 18 U.S.C. § 1591 (Sex Trafficking of Children) provides:

(a) Whoever knowingly—
 (1) in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, or maintains by any means a person; [ . . . ] knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion described in subsection (e)(2), or any combination of such means will be used to cause the person to engage in a commercial sex or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act;

(c) In a prosecution under subsection (a)(1) in which the defendant had a reasonable opportunity to observe the person so recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, or solicited, the Government need not prove that the defendant knew, or recklessly disregarded the fact, that the person had no attained the age of 18 years.

6. 18 U.S.C. § 1591(b)(2) provides that trafficking a minor between the age of 14 to 18 years is punishable by a mandatory minimum of 10 years' imprisonment, up to life.

7. Based on my training and experience, traffickers or pimps who engage in sex trafficking frequently structure their operations and have a hierarchy with the pimp at the top. Pimps typically are driven by profits and frequently have multiple victims who engage in prostitution and sex acts. To assist in the control and manipulation of the victims, the pimps often have a "bottom girl." Of the victims, the bottom girl is at the top of the hierarchy and is usually the individual who has been with the pimp the longest, thereby having demonstrated her loyalty to the pimp, and typically brings in significant profits to the pimp. Further, the bottom girl is tasked with the responsibility of recruiting, training, controlling, and overseeing other victims, and informing the pimp about the other victims' activities. To assert their control over the victims and to maintain their bottom girl status with the pimp, the bottom girls typically engage in manipulation and other similar tactics.

8. Pimps generally have rules and forms of discipline and manipulation that are used to maintain order and compliance. For example, pimps often "break in" a newly recruited victim through violence, including rape, and other mistreatment, such as denial of material comforts or contact with other people. Pimps respond to rule violations in various ways, including physical violence, isolation, confiscation of possessions, such as cell phones, intimidation tactics, and psychological and emotional abuse.

9. Further, given the manipulation and violence subjected by the pimps and bottom girls, in addition to encounters with law enforcement for prostitution arrests, victims commonly fail to give an accurate account of the facts because of their fear of the pimps and because of their distrust of law enforcement. Based on my experience and training, it is common for victims, especially teenagers, to minimize their experiences or omit certain aspects of their case, until they feel that they can trust law enforcement.

10. In addition, it is not uncommon for pimps to mentor newer or younger pimps, especially in gangs. Gangs typically have a hierarchical structure and it is not uncommon for the older, more seasoned pimps to coach other gang members who are trying to get "in the game" of sex trafficking. In some cases, pimps will pass around different victims or reassign the victims to each other, or the victims will "choose up" and go from one pimp to another throughout the course of their victimization. Finally, pimps commonly steal profitable victims from one another. It is not uncommon for pimps who work together to keep an eye on each other's victims to ensure that the victim remains under their control and will sometimes inform on victims to their assigned pimps.

## Background of Investigation

11. In the fall of 2020, HSI assisted with some leads regarding local gang members who were trafficking minor victims in Houston, Texas. As a part of this large-scale ongoing

investigation, additional minor and adult victims were identified. For purposes of this complaint, however, not all victims are discussed below.

## Statement of Probable Cause

### *McGee Trafficked Minor Victim 1 from July to December 2019*

12.     On December 11, 2019, the mother of Minor Victim 1 reported to Harris County Constable's Office, Precinct One that she believed her 14-year-old daughter was a victim of human trafficking. The mother advised Minor Victim 1 ran away in July 2019 and was gone for five months. While Minor Victim 1 was gone, her sister saw social media posts of Minor Victim 1 walking the "Blade" and posting photos of money with Minor Victim 1's "friend," identified as Damarquis MCGEE aka "Blue." The mother believed MCGEE was pimping out Minor Victim 1 and stated that she had also taken Minor Victim 1's phone.

13.     About one week later, officers located Minor Victim 1, who was forensically interviewed in January 2020. Minor Victim 1 stated that MCGEE was her pimp and had been trafficking her since July of 2019 along with other girls. Minor Victim 1 stated that MCGEE would instruct her to share her location through her phone and that MCGEE set the prices for sex acts. The sex acts generally occurred at various motels and after the sex act, the clients drove Minor Victim 1 back to Forum Park, an area adjacent to the Blade, to give MCGEE the money. Minor Victim 1 also stated that MCGEE was physically abusive and beat her numerous times. She later identified MCGEE in a photo lineup, corroborating MCGEE's identity and the information provided by her family members. Officers later observed that Minor Victim 1 had a tattoo "Damarquis" over her eye.

14.     Officers obtained a search warrant for Minor Victim 1's cell phone. The cell phone had a flyer of MCGEE, identifying him as "Lil Blu," as shown below. A social media post also confirmed that MCGEE used a variation of "LilBlu."





3

15. A booking photo for MCGEE from a prior Houston Police Department (HPD) arrest matched the individual in the "Live at G3" flyer, as well as the person circled in the social media post for 10110lilblue. As such, there is probable cause that MCGEE trafficked Minor Victim 1.



*Portillo Trafficked Minor Victim 2 in October 2019*

16. On October 5, 2019, a mother called HPD reporting that her 16-year-old daughter, Minor Victim 2 had texted her requesting help because she had been held against her will. HPD was able to rescue Minor Victim 2 from the house. At that time, Minor Victim 2 was interviewed and she outcried that she had been trafficked and raped.

17. Minor Victim 2 stated that she met a guy she knew as "Andro" on Instagram and identified his Instagram account as Hunch0andro. Law enforcement later identified "Andro" as Andres PORTILLO and obtained a search warrant for the Hunch0andro account, which showed photographs of PORTILLO and indicated he the user of the account. Minor Victim 2 signed a consent form to allow investigators to search her cell phone. The text messages revealed a conversation with PORTILLO, who was using the phone number 832-774-2388. The messages indicated that PORTILLO picked up Minor Victim 2 from her home on the night of October 4, 2019. After midnight, in the early hours of October 5, 2019, the following messages were exchanged between Minor Victim 2 and PORTILLO:

    **Portillo**: Don't say yo age

    **MV2**: I know

    **Portillo**: Turn yo read one
                    On
                    And get that money
                    [ . . . ]

    **MV2**: Right I don't suppose to have sex with someone and give them head for 60? That's too cheap huh?
                    He want his dick sucked and he wanna fuck me for 60 and I'm like that's cheap
                    Nvm it's gonna be 120

    **Portillo**: Alright get the 120

18.     Numerous other text messages between PORTILLO and Minor Victim 2, found on Minor Victim 2's phone, showed PORTILLO offering to get condoms for Minor Victim 2 and instructing Minor Victim 2 on pricing of sex acts.

19.     PORTILLO was not present at the time Minor Victim 2 was recovered from the house on October 5, 2019. In November 2019, HPD identified and arrested PORTILLO. At the time of his arrest, PORTILLO had an iPhone and HPD obtained a search warrant for PORTILLO's phone. In his phone, PORTILLO had the same text messages found on Minor Victim 2's phone, confirming that PORTILLO was "Andro."  In his phone, PORTILLO had Minor Victim 2 listed as "Hoe."

20.     PORTILLO's phone also revealed that around the time that he was trafficking Minor Victim 2 on the Blade, that same night, he exchanged the following messages with a "Lilblue," identified by law enforcement as MCGEE, as discussed above:

| | |
|---|---|
| **Portillo**: | How much for succ dicc and fuccing<br>The prices<br>**AMA tell her**<br>And how long |
| **McGee**: | 50 70<br>Fucc In succ |
| **Portillo**: | 50 to succ? And 70 to fucc?<br>And for how long? |
| **McGee**: | 20 minutes<br>For both |

21.     After this conversation with MCGEE, approximately 40 minutes later, PORTILLO texted Minor Victim 2, instructing her "20 mins!" and "Nun else."

22.     PORTILLO's phone listed the number 832-778-9146 for "Lilblue," believed to be MCGEE.  Phone records for PORTILLO provided by Harris County showed outgoing calls during the time frame when PORTILLO was trafficking Minor Victim 2 during the early morning hours of October 5, 2019.  The phone records revealed that the subscriber for 832-778-9146 for "Lilblue," came to a Carla McKinnie, who was identified as MCGEE's mother in HPD Report 420417-19. On December 11, 2019, Minor Victim 1's mother had also informed Harris County officers that MCGEE lived with his mother.  In sum, there is probable cause that PORTILLO trafficked Minor Victim 2.

### *Minor Victim 3 is Trafficked by McGee and Opoku in October 2019*

23.     On October 4, 2019, school officials at HISD Secondary Disciplinary Alternative Education Program School, reported that Minor Victim 3, who was 15 years old, had outcried about being trafficked by gang members.  HPD responded and assigned an investigator to the case.

24. Minor Victim 3 was forensically interviewed. On May 27, 2020, Minor Victim 3 indicated that she had been trafficked by several pimps, including pimps named "Blue," known to law enforcement as MCGEE, and a pimp named "Glizzy," later identified by law enforcement as Javon Yaw OPOKU. During the time she was under MCGEE, Minor Victim 3 overlapped with Minor Victim 1, and corroborated that Minor Victim 1 had told her she had been beaten by MCGEE. Minor Victim 3 also indicated that she had been hit by MCGEE and that MCGEE had put her under OPOKU after Minor Victim 3 got in a fight with another one of MCGEE's victims. Although Minor Victim 3 did not know Blue's real name, she identified his social media account as "10110lilblue," consistent with the screen shot of MCGEE's social media account shown above. Minor Victim 3 also indicated that her other pimp, Glizzy had an identification card that had a name of "Tyrel Harris," but stated that Glizzy went by the name "Javon," corroborating that Glizzy is Javon Yaw OPOKU.

25. HPD officers obtained search warrants for Minor Victim 3's social media accounts. A review of the search warrant returns identified the following messages between Minor Victim 3 and a j.glizzyss on October 11, 2019:

> **Opoku**: Ight just bring in a bag today and it's good
>
> **MV3**: ight so you want me to bring the 310 and walk the blade
>
> **Opoku**: Yes
>
> **MV3**: umm im confused so how much you exspect me to make onna blade
>
> **Opoku**: 250 300
> Including room fee
>
> **MV3**: i caint go back to frontier [Frontier Inn]
>
> **Opoku**: Why can't o
> Yhu
>
> **MV3**: after that fight with chris and his other hoes the man came in the room and was everybody get out my hotel **ask blu** he no about and the black lady who be there on the weekends

26. Minor Victim 3 also stated during her forensic interview in 2020 that OPOKU had hit her because MCGEE informed OPOKU that Minor Victim 3 had been trying to get attention from other pimps. She also stated that OPOKU hit her because she told him she was tired and did not want to walk the Blade.

27. In addition to messages with OPOKU, Minor Victim 3 also had messages with MCGEE in her social media account. MCGEE used the account 10110lilblue to message with Minor Victim 3 about placement of another victim:

> **MV3**: you want llightbright [another minor victim] back
>
> **McGee**: No tf [the fuck]

**MV3**: well she needa go somewhere cause im back under glizzy and ion wanna with me so
she need to be under somebody cause chris in jail cause of ha
and ion need to be around ha

**McGee**: Idgaf [ "I don't give a fuck"]
[ . . . ]

**MV3**: she say how much she gotta pay you

**McGee**: 500

**MV3**: nahh fr but blu one one my friend wanna be under you to
cause ion want nobody but me under glizzy

28. On November 23, 2020, Minor Victim 3 identified OPOKU as "Glizzy" in a photo array. HSI agents have also reviewed the Instagram profile under the handle j.glizzys and observed posted photographs of OPOKU wearing a chain with a pendant that says GLIZZY, as shown below.

 

29. This photograph matches the individual shown in the Texas Driver's License photograph for Javon Yaw OPOKU, shown on the right. There is probable cause that both MCGEE and OPOKU trafficked Minor Victim 3.

30. Based on the information above, I respectfully submit that there is probable cause to believe that Andres PORTILLO, Damarquis MCGEE, and Javon Yaw OPOKU have each committed the offense of 18 U.S.C. § 1591(a)(1),(b)(2),(c) (Sex Trafficking of Children) and have participated in each other's victimization of young girls.

Respectfully submitted,

Juan M. Benavides
Special Agent
Homeland Security Investigations

Subscribed and sworn telephonically on May 21, 2021 in Houston, Texas, and I find probable cause.

THE HONORABLE DENA HANOVICE PALERMO
United States Magistrate Judge