### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.                         Cr. No.:  4:21-CR-350-5

**JAVON YAW OPOKU**

### DEFENDANT'S NOTICE OF APPEAL

The defendant, Javon Yaw Opoku, through his attorney, B. Keith Jackson, hereby appeals from the judgment of sentencing entered on June 5, 2024, in the above styled matter to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

By /s/ *B. Keith Jackson*

B. Keith Jackson
Attorney and Counselor at Law
Texas No. 24084317
Attorneys for Defendant
6464 Savoy, STE 800
Houston, TX 77036
Telephone:  281-545-5020
 Fax:          713-589-6817

## CERTIFICATE OF SERVICE

I certify that on June 14, 2024, a copy of the Notice of Appeal was served by Notification of Electronic Filing to the office of the United States Attorney at 1000 Louisiana Street, Suite 2300, Houston, Texas 77002.

By /s/ *B. Keith Jackson*
B. Keith Jackson