Javon Opoku 01540-579  
Federal Correctional institution  
P.O box 4200  
Three Rivers, Tx 78071

Date: 08/27/2025

United States Courts  
Southern District of Texas  
FILED  
SEP 02 2025  
Nathan Ochsner, Clerk of Court

Dear Clerk Of The Courts,

   I'm currently imprisoned at the above mentioned address, pursuant to the Order and Judgement of this Court. At this time, I'm in the process of preparing a collateral/Post conviction motion to challenge my conviction and/or sentence. I'm writing you to request some particular documents that I'm in dire need of to properly prepare some important court filings, as it pertains to my current reason for being incarcerated. Upon receipt of this letter, will you please provide me with a copy of the requested documents listed below, as I need them for preparation of my post conviction motions?

Thank You for your time.

                                                   Respectfully Submitted,

                                                   *Javon Opoku*

                                                   4:21CR00350-005

                                                   George C. Hanks Jr

Documents Being Requested:

- [x] ~~Criminal Docket Sheet~~
- [x] Plea Agreement
- [ ] Judgment and Commitment
- [ ] Statement Of Reasons
- [x] Sentencing Hearing Transcripts
- [ ] Supervised Release/Probation Revocation Worksheet
- [ ] Supervised Release/Probation Revocation Judgment and Commitment.
- [ ] Final Revocation of Supervised Release/Probation Hearing Transcripts.

JAVON OROKU 01540579 L.O.B
Federal Correctional Institution
P.O. box 4200
Three Rivers, Tx 78071

Nathan Ochsner, Clerk of Court

United States Courts
Southern District of Texas
FILED
SEP 02 2025

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
30 AUG 2025 AM 4 L



◇01540-579◇
N Ochsner Dist Ct Clerk
PO BOX 61010
Houston, TX 77208
United States

77208-101010